John J. Stanley & Associates
330 North Brand Blvd.,
Suite 1250
Glendale CA 91203
Tel: (818) 769-5200 Fax: (818) 301-2271

John J. Stanley (SBN 202723)
Attorney for Defendant: Mariam Gevorkova

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIAM GEVORKOVA,<br><br>    Defendant | Case No.: 6:20-cr-00409-MC<br><br>STATUS RE: DEFENDANTS COMPETENCY AT CHANGE OF PLEA PURSUANT TO THE COURTS REQUEST FOR BRIEFING. |

Pursuant to the courts request for further briefing on the mental health status of Defendant Gevorkova, please be advised of the following:

1. Defendant Gevorkova executed the plea agreement on this matter on September 8th, 2020. At that time she was represented by attorney Fred Minassian. Current counsel, John J. Stanley, was retained on March 11th, 2022.

2. A competency hearing was requested by counsel for the Government and conducted on January 24th, 2023. On that day the court found the Defendant to be competent. However, based on the courts inquiry of the Defendant it was requested that counsel brief the court regarding the Defendants' mental health status at the time she executed the plea agreement. As of today, January 30th, 2023, Defense counsel is yet to have had direct contact with the treating physician at the time of the execution of the plea agreement.

STATUS RE: DEFENDANTS COMPETENCY AT CHANGE OF PLEA PURSUANT TO THE COURTS REQUEST FOR BRIEFING.  - 1

3. Through a third-party defense counsel is informed that the prior treating physician will require a brief period to review the treatment records prior to offering an opinion regarding the Defendants medical status.

4. It remains defense counsels' position that his communication with the Defendant has been cordial and efficient and having reviewed the discovery in this case and having been present at the Defendant's proffer, that the plea agreement offered reflects a fair and proportional assessment of the underlying case.

5. However, from a stand point of fundamental fairness it is clearly advisable to seek the input of the treating psychiatrist at the time of the Defendants' change of plea.

6. Additionally, counsel for Defendant expressed to the court a desire to be present with Mrs. Gevorkova at the time of sentencing. Despite best efforts, counsel has been unable to confirm airline tickets which would allow him to be present at 9:00am on January 31st, 2023. While defense counsel is prepared and ready to appear via zoom, in light of the above, a brief continuance seems appropriate. On January 24th, 2023 The Court indicated it would not object to a continuance for 2 to 3 days if logistics required it. Consequently, in order to secure an airline reservation and the participation of Mrs. Gevorkova's former treating physician the defense respectfully requests The Court continue this matter to Monday, February 6th, 2023.

7. Alternatively, should The Court deem it unnecessary to review the opinion of the prior Doctor, and wish to proceed with sentencing on January 31st, 2023, counsel for Mrs. Gevorkova will appear via zoom for that purpose.

/s/
John J Stanley, counsel for Mariam Gevorkova